**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

KENNETH J. GUENTHER,

    Petitioner,

v.                                    CASE NO. 1:08cv241-MP-GRJ

WALTER A. MCNEIL,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 16, 2012. (Doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1) is DENIED and a certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

**DONE and ORDERED** this 22nd day of March, 2012.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS
        CHIEF UNITED STATES DISTRICT JUDGE**